IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ELIZABETH LEFFORD                                                                                          PLAINTIFF

V.                                                                        CIVIL ACTION NO. 1:15-CV-60-SA-DAS

JP MORGAN CHASE & CO., ET AL.                                                                   DEFENDANTS

## ORDER

All relevant materials and pleadings considered, this Court finds that the Plaintiff's Complaint [2] states a plausible claim for relief and therefore, Defendants' Motion to Dismiss [9] for failure to state a claim upon which relief can be granted is DENIED without prejudice.

**SO ORDERED this the 8th day of September, 2015.**

                                                                                      /s/ Sharion Aycock
                                                                                      **UNITED STATES DISTRICT JUDGE**