IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ELIZABETH LEFFORD                                                                          PLAINTIFF

V.                                                        CIVIL ACTION NO. 1:15-CV-60-SA-DAS

JP MORGAN CHASE & CO., ET AL.                                                    DEFENDANTS

**ORDER**

Because the allotted time for service has passed, but it is unclear whether the applicable statute of limitations has run, Defendants' unopposed Motion to Dismiss unserved defendant James Weir with prejudice [16] is hereby GRANTED in part and DENIED in part. To the extent Defendants requested the dismissal of James Weir, that request is GRANTED. To the extent Defendants requested such dismissal be with prejudice, that request is DENIED, and James Weir is DISMISSED without prejudice as a party defendant.

**SO ORDERED this the 8th day of September, 2015.**

/s/ Sharion Aycock
**UNITED STATES DISTRICT JUDGE**